DENIED BY ORDER OF THE COURT

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CRUZ-HERNANDEZ et al.,<br><br>EDWIN MARTINEZ (#19),<br><br>Defendant. | Case No.:  19-CR-00117-ODW-19<br><br>ORDER DENYING  DEFENDANT MARTINEZ'S MOTION IN LIMINE TO ADMIT  BRADLEY HANAWAY'S DRUG USE, CRIMINAL HISTORY OF DRUG USE AND VIOLENCE TO SUPPORT DEFENDANT'S SECOND-DEGREE MURDER AND SELF-DEFENSE THEORIES OF THE CASE |

Based on the record in this case, NO Good Cause shown, defendant Martinez's Motion in Limine to Admit Bradley Hanaway's Drug Use, Criminal History Of Drug Use And Violence To Support Defendant's Second-Degree Murder And Self-Defense Theories Of The Case is hereby DENIED.

IT IS SO ORDERED.

Date: October 20, 2025        **DENIED BY ORDER OF THE COURT**
                              HONORABLE OTIS D. WRIGHT II
                              UNITED STATES DISTRICT JUDGE

1.